■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR HARRISON, Appellant. [52 NYS3d 908]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision

and order of this Court dated June 7, 1993 (*People v Harrison*, 194 AD2d 627 [1993]), affirming a judgment of the Supreme Court, Kings County, rendered December 19, 1990.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Balkin, J.P., Roman, Hinds-Radix and LaSalle, JJ., concur.